··THE PEOPLE OF THE STATE OF NEW YORK ex rel. THIRTY THIRD EQUITIES, INC., Appellant, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Respondents. In the Matter of THIRTY THIRD EQUITIES, INC., Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents. [18–28 W. 33rd St., Borough of Manhattan.] — Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GLADYS NAZAR, Appellant.— Judgment unanimously modified to the extent of reversing the conviction on the larceny count and dismissing that count and, as so modified, affirmed. A defendant may not be convicted of larceny and for receiving or withholding the identical property. (*People* v. *Daghita*, 301 N. Y. 223.) Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ.

## (January 28, 1953.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALAN DOWNING, Appellant.— The convictions of appellant of the four offenses to which he pleaded guilty, under the Vehicle and Traffic Law, unanimously affirmed. Sentence was suspended with respect to two of these convictions, and appellant was sentenced to consecutive terms of six months in the workhouse on each of the other two. A close question was presented concerning whether subdivision 10 of section 70 of the Vehicle and Traffic Law limited the power which the Magistrate would otherwise possess under section 1937 of the Penal Law, so that appellant could not have been sentenced for more than thirty days upon each conviction. We think that the Magistrate erred in deciding the question of law concerning which of these statutory provisions govern, and that the sentences upon the two charges mentioned could not exceed sixty days in the aggregate. The sentences appealed from are unanimously modified accordingly and the appellant is directed to be discharged from custody inasmuch as the time mentioned has been served. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.

## SECOND DEPARTMENT, JANUARY, 1953.

## (January 5, 1953.)

RAE FERRELL, Respondent, v. HAMLIN F. ANDRUS, Appellant.— Appeal by the defendant from an order denying a motion pursuant to subdivision 8 (now subd. 7) of rule 107 of the Rules of Civil Practice, to dismiss the complaint. Order affirmed, with $10 costs and disbursements. No opinion. Carswell, Adel, Wenzel and MacCrate, JJ., concur; Nolan, P. J., not voting.